# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAKEISHA ANDERSON

CIVIL ACTION

VERSUS

18-13-SDD-RLB

ABC INSURANCE COMPANY, ET AL.

## RULING AND ORDER OF REMAND

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 4, 2018. Defendants filed an *Objection*[3] to which Plaintiff filed an *Opposition*,[4] both of which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly,** since the Court does not have subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy requirement has not been satisfied:

**IT IS HEREBY ORDERED** that Plaintiff's *Motion to Remand*[5] is GRANTED, and this action is REMANDED to the 18th JDC.

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 18.
[3] Rec. Doc. 19.
[4] Rec. Doc. 20.
[5] Rec. Doc. 9.

18th JDC - Certified
Jury

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1447(c), Defendants should be ordered to pay to Plaintiff costs and expenses incurred as a result of the removal in the amount of $750.00, within fourteen (14) days of this *Ruling*

Baton Rouge, Louisiana the 6 day of July, 2018.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA